HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national association; VICTOR A. HUNTER, an individual; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:13:cv-01689-APG-NJK<br><br>**ORDER GRANTING EMERGENCY MOTION FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

The Court, having read and considered Plaintiff's Emergency Motion for Oral Argument on Plaintiff's Motion for Preliminary Injunction, the pleadings and papers on file herein, finds that setting oral argument on an emergency basis is justified.

Therefore, with good cause appearing, the Court now orders as follows:

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion for Oral Argument on Plaintiff's Motion for Preliminary Injunction is GRANTED.

THE COURT HEREBY sets the hearing for oral argument on Plaintiff's Motion for Preliminary Injunction on the October 2, 2013 at the hour of 2:30 p.m.. Courtroom 6C.

- 1 -

1  or as soon thereafter as counsel may be heard.

2  Dated this 20th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

5  Respectfully Submitted by:

**HOWARD KIM & ASSOCIATES**

*/s/ Diana S. Cline*
Howard C. Kim, Esq.
Nevada Bar No. 10386
Diana S. Cline, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Phone: (702) 485-3300
Fax:     (702) 485-3301
*Attorneys for Plaintiff*