UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL I, LLC, ) <br> ) <br> Plaintiff(s),  ) <br> ) <br> vs.  ) <br> ) <br> WELLS FARGO BANK, N.A., et al.,  ) <br> ) <br> Defendant(s).  ) <br> _____) | Case No. 2:13-cv-1689-APG-NJK <br><br> ORDER DENYING DISCOVERY PLAN <br><br> (Docket No. 36) |

Pending before the Court is the parties' proposed discovery plan. Docket No. 36. The discovery plan seeks additional time based on the pendency of the motion to dismiss, motion for summary judgment, and motion to expunge lis pendens. *See id.* at 3. However, it appears from the plan that the parties do not intend to conduct discovery during the pendency of those motions. *See id.* (indicating that initial disclosures will not be made until 14 days after a decision on the above motions is issued). As the Court has previously indicated, "[t]he filing of [dispositive motions] does not automatically stay the requirement to diligently conduct discovery." *See* Docket No. 32 (citing *Tradebay v. eBay*, 278 F.R.D. 597, 600 (D. Nev. 2011). Accordingly, the pendency of those motions is not cause for an extended discovery period and the proposed discovery plan is hereby DENIED.

No later than November 21, 2013, the parties shall submit a revised discovery plan in accordance with the Local Rules.

IT IS SO ORDERED.

DATED: November 19, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge