UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL I, LLC, ) | Case No. 2:13-cv-01689-APG-NJK |
| Plaintiff(s), ) | ORDER DENYING MOTION TO STAY AND MOTION FOR PROTECTIVE ORDER |
| vs. ) | |
| WELLS FARGO BANK, N.A., et al., ) | (Docket No. 64, 65) |
| Defendant(s). ) | |

Pending before the Court is Defendant's motion to stay litigation pending a ruling from the Nevada Supreme Court. *See* Docket No. 64. The discovery cut-off in this case is currently April 30, 2014. *See* Docket No. 62. The Court finds that good cause does not exist to stay discovery at this late date. Accordingly, as it relates to discovery, the motion to stay is hereby **DENIED**. With respect to subsequent deadlines, including the deadline to file dispositive motions, the motion is **DENIED** without prejudice. If Defendant seeks a stay of subsequent deadlines, it may file a renewed motion focused specifically on argument as to why vacating those deadlines is appropriate.

Also pending before the Court is Defendant's motion for a protective order. *See* Docket No. 64. Generally, parties stipulate to a protective order and the Court believes they should be able to do so in this case. Accordingly, the pending motion for a protective order is **DENIED** without prejudice. The Court **ORDERS** the parties to immediately confer regarding a stipulated protective order. The parties shall file a stipulated protective order or a request for a protective order outlining any disputes related thereto, no later than April 25, 2014.

1 | Lastly, in light of the above, the motion for expedited consideration (Docket No. 65) is hereby
2 | **DENIED** as moot.
3 | IT IS SO ORDERED.
4 | DATED: April 22, 2014

NANCY J. KOPPE
United States Magistrate Judge