UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A., a national association, et al.<br><br>Defendants. | Case No. 2:13-cv-1689-APG-NJK<br><br>ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER DENYING MOTION TO STAY<br><br>(Dkt. ##67, 68) |

Defendant Wells Fargo Bank N.A. ("Wells Fargo") filed an emergency motion to stay this case until the Supreme Court of Nevada rules on a pending appeal that relates to the issues present in this case. (Dkt. ##64, 65.) Magistrate Judge Koppe denied that emergency motion. (Dkt. #66.) Wells Fargo filed an Objection to that ruling (Dkt. #67) and an emergency motion to stay Judge Koppe's Order. (Dkt. #68.) I have reviewed the Objection, Judge Koppe's Order, and the underlying papers. Judge Koppe's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Therefore,

**IT IS HEREBY ORDERED** that Magistrate Judge Koppe's Order is affirmed in its entirety, and Wells Fargo's Objection (Dkt. #67) is overruled.

**IT IS FURTHER ORDERED** that Wells Fargo's motion to stay Judge Koppe's Order (Dkt. # 68) is denied as moot.

DATED this 1st day of May, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE