WRIGHT, FINLAY & ZAK, LLP
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
5532 South Fort Apache Road, Suite 110
Las Vegas, Nevada 89148
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
*Attorney for Defendant, Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, N.A., a national association; VICTOR A. HUNTER, an individual; and DOES I through X; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No.: 2:13-cv-01689-APG-NJK<br><br>Amended **ORDER TO STAY** LITIGATION |

Plaintiff SFR Investments Pool 1, LLC ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their attorneys of record, stipulate as follows:

1. The parties agree to stay all proceedings in this lawsuit until the Nevada Supreme Court issues a ruling on whether a lender's deed of trust is extinguished upon a homeowners' association foreclosure of its assessment lien under NRS 116.3116 *et seq.*[1]

2. The parties agree this stay will automatically dissolve upon the issuance of the Nevada Supreme Court's order on whether a lender's deed of trust is extinguished upon a homeowners' association foreclosure of its assessment lien under NRS 116.3116 *et seq.*

3. This stay includes but is not limited to any pending or potential motions, including dispositive motions.

---

[1] Oral argument has been scheduled for May 7, 2014, in *Villa Palms Court 102 Trust v. Riley*, No. 62528, and *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, No. 63078.

4. The parties agree that the following deadlines are vacated:

    a) Dispositive motion deadline of May 14, 2014; and

    b) Pretrial Order deadline of June 13, 2014;

5. The parties agree that Plaintiff will maintain the real property at issue in its current condition; and Plaintiff will abide by all obligations and responsibilities arising from Plaintiff's alleged ownership interest in the property, including but not limited to the payment of all applicable fees, assessments, taxes, and other financial obligations.

6. The parties agree that upon written request and reasonable notice, Plaintiff shall allow Wells Fargo access to the property to inspect and ensure the property is being reasonably maintained.

7. The parties agree that Wells Fargo will not continue foreclosure proceedings against the real property at issue for the duration of the stay.

8. The parties agree that Plaintiff cannot sell, transfer, or convey the property.

9. That Plaintiff will provide a monthly accounting of the property.

10. The parties agree that upon dissolution of this stay, the parties will, within twenty (20) days after the dissolution of this stay, meet and confer and submit a stipulation and order setting forth a deadline to file the Pretrial Order and any other updates to the Discovery Plan and Scheduling Order.

11. Defendant Victor A. Hunter. has not been served with a copy of the complaint, and has not made an appearance, and therefore need not execute this stipulation.

///

///

///

///

///

///

///

12. The parties agree that periodic status checks in this matter are appropriate, and request this Court schedule a status check for approximately six months from the date of entry of this Stipulation and Order, on the 29th day of October, 2014 at 10:00 a.m.

Dated this 15th day of May, 2014

WRIGHT, FINLAY & ZAK, LLP

_/s/ Chelsea A. Crowton, Esq._
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
5532 South Fort Apache Road, Suite 110
Las Vegas, Nevada 89148
*Attorneys for Wells Fargo Bank, N.A.*

Dated this 15th day of May, 2014

HOWARD KIM & ASSOCIATES

_/s/ Diana S. Cline, Esq._
Howard C. Kim, Esq.
Nevada Bar No. 10386
Diana S. Cline, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED this 15th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

_/s/ Chelsea A. Crowton, Esq._
WRIGHT, FINLAY & ZAK, LLP
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
5532 South Fort Apache Road, Suite 110
Las Vegas, Nevada 89148
*Attorney for Defendant, Wells Fargo Bank, N.A.*