1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, ) | Case No. 2:13-cv-01689-APG-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, N.A., et al., ) | (Docket No. 97) |
| ) | |
| Defendant(s). ) | |

16      Pending before the Court is Defendant Wells Fargo's motion to extend. *See* Docket No. 97. The

17 Court hereby SETS that motion for hearing for 2:00 p.m. on March 17, 2015, in Courtroom 3A.

18      IT IS SO ORDERED.

19      DATED:   March 9, 2015

20
21                                    _____
                                    NANCY J. KOPPE
22                                    United States Magistrate Judge
23
24
25
26
27
28