WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 000050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
5532 South Fort Apache Road, Suite 110
Las Vegas, Nevada 89148
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
*Attorneys for Defendant, Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, N.A., a national association; VICTOR A. HUNTER, an individual; and DOES I through X; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | Case No.:  2:13-cv-01689-APG-NJK<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant, WELLS FARGO BANK, N.A., hereby substitutes and appoints the law firm of SNELL & WILMER, LLP as its attorneys in the above-entitled matter in its place and stead of the law firm of WRIGHT, FINLAY & ZAK, LLP.

DATED this 13 day of March, 2015.

WELLS FARGO BANK, N.A.

By: [signature]
Name: Brian O'Laughlin
Its: Counsel

Page 1 of 3

WRIGHT, FINLAY & ZAK, LLP hereby substitutes in its place and stead the law firm of SNELL & WILMER, LLP as attorneys for Defendant, WELLS FARGO BANK, N.A. in the above-entitled matter.

DATED this 13th day of Feb., 2015.

WRIGHT, FINLAY & ZAK, LLP

Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117

SNELL & WILMER, LLP hereby accepts substitution as attorneys for Defendant, WELLS FARGO BANK, N.A., in the above-entitled matter in place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 23rd day of February, 2015.

SNELL & WILMER, LLP

Richard C. Gordon, Esq.
Nevada Bar No. 9036
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, Nevada 89169

IT IS SO ORDERED.
Dated: March 27, 2015

United States Magistrate Judge