**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL I, LLC, ) <br> )<br>     Plaintiff(s),          )<br> )<br>vs.                                  )<br> )<br>WELLS FARGO BANK, N.A., et al., )<br> )<br>     Defendant(s).           )<br>_____) | Case No. 2:13-cv-01689-APG-NJK<br><br>ORDER<br><br>(Docket No. 115) |

Pending before the Court is Defendant Wells Fargo's motion for leave to file an answer. Docket No. 115. That motion was filed on June 29, 2015. *See id.* To date, no response has been filed. Accordingly, the motion is hereby GRANTED as unopposed pursuant to Local Rule 7-2(d). No later than July 27, 2015, Defendant shall file its answer on the docket.

IT IS SO ORDERED.

Dated: July 20, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge